

**MCDONNELL CROWLEY, LLC**
115 Maple Avenue
Red Bank, New Jersey 07701
(732) 383-7233
bcrowley@mchfirm.com
Brian T. Crowley
*Counsel for John M. McDonnell,*
*Chapter 7 Trustee/Plaintiff*

Order Filed on February 26, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 15-15565 (CMG) |
| ANTE MARKOTA, | Honorable Christine M. Gravelle |
| Debtor. | Chapter 7 |
| JOHN M. MCDONNELL, AS CHAPTER 7 TRUSTEE, | Adv. Pro. No. 15-02519 (CMG) |
| Plaintiff, | |
| v. | |
| ANTE MARKOTA, | |
| Defendant. | |

**ORDER GRANTING DEFAULT**
**JUDGMENT AGAINST DEFENDANT ANTE MARKOTA**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 26, 2016**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | Ante Markota |
| Case No.: | 15-15565 (CMG) |
| Adv. Proc. No.: | 15-02519 (CMG) |
| Caption of Order: | Order Granting Default Judgment Against Defendant Ante Markota |

**THIS MATTER** having been brought before the Court upon the motion of the plaintiff, John M. McDonnell, the chapter 7 trustee (the "Plaintiff" or the "Trustee") of the estate of Ante Markota (the "Debtor" or the "Defendant"), the chapter 7 debtor and the defendant, by and through his undersigned counsel, McDonnell Crowley, LLC, by the filing of a Request for Entry of Default Judgment against the Defendant; and default having been entered against the Defendant; and good and sufficient cause existing for the granting of the relief as set forth herein;

**IT IS HEREBY ORDERED** that judgment by default, as authorized by Fed. R. Civ. P. 55(b), Fed. R. Bankr. Pro. 7055(b), and D.N.J. LBR 7055-1(b), is hereby entered in favor of the Plaintiff and denying the Defendant's discharge, pursuant to 11 U.S.C. § 727, specifically, 11 U.S.C. § 727(a)(2)(B), (a)(3),(a)(4),(a)(5), and (c)(1); and it is

**FURTHER ORDERED** that the Defendant's debts be and hereby are nondischargeable pursuant to 11 U.S.C. §727.