Form dyrvdsc – ntcdydscv27.jsp

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15–15565–CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ante Markota
  811 Rugby Road
  Phillipsburg, NJ 08865

Social Security No.:
  xxx–xx–5803

Employer's Tax I.D. No.:

**NOTICE OF ENTRY OF ORDER
DENYING OR REVOKING DEBTOR'S DISCHARGE**

You are hereby notified that an order denying or revoking the:

☑    debtor's
☐    joint debtor's

discharge was entered in this case on 2/26/16.


Dated: April 11, 2016
JJW: bwj

James J. Waldron
Clerk