

**McDonnell Crowley, LLC**
Red Bank, NJ 07701
(732) 383-7233
bcrowley@mchfirm.com
Brian T. Crowley
*Counsel to John M. McDonnell,*
*Chapter 7 Trustee*

Order Filed on February 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 15-15565 (CMG) |
| ANTE MARKOTA, | Honorable Christine M. Gravelle |
| Debtor. | Chapter 7 |

## ORDER EXPUNGING PROOF OF
## CLAIM OF MYKOLA VOLOSETSKYY
## PURSUANT TO FEDERAL RULES OF BANKRUPTCY
## PROCEDURE 3001 AND 3007 AND 11 U.S.C. §§ 105(a) AND 502

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

**DATED: February 20, 2018**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:         Ante Markota

Case No.:       15-15565 (CMG)

Caption of Order:   Order Expunging Proofs of Claim of Mykola Volosetskyy Pursuant to Federal Rules of Bankruptcy Procedure 3001 and 3007 and 11 U.S.C. §§ 105(a) and 502

---

**THIS MATTER** having been presented to the Court by John M. McDonnell, the chapter 7 trustee (the "Trustee") for the estate of Ante Markota, the chapter 7 debtor (the "Debtor"), by and through his attorneys, McDonnell Crowley, LLC, by an objection[1] (the "Objection") seeking entry of an order expunging and disallowing or in the alternative fixing the proof of claim filed by Mykola Volosetskyy (the "Claimant") as general unsecured non-priority claims, pursuant to sections 105(a) and 502 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*. (the "Bankruptcy Code"), and Rules 3001 and 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and granting such other relief as this Court deems just, proper, and equitable; and the Court finding that (i) it has jurisdiction over the matters raised in the Objection, pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) the relief requested in the Objection is in the best interests of the Debtor's estate and its creditors, (iv) adequate notice of the Objection and the hearing thereon has been given and that no other or further notice is necessary, and (v) upon the record herein, after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein;

**IT IS ORDERED** that the Objection is granted; and it is further

**ORDERED** that the Disputed Claim (Proof of Claim No. 8) filed by the Claimant are expunged and disallowed in its entirety; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties within seven (7) days hereof.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Objection.