| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>John Michael McDonnell<br>115 Maple Avenue<br>Suite 201<br>Red Bank, NJ 07701<br>Chapter 7 Trustee | **Order Filed on April 17, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>ANTE MARKOTA<br>SS # XXX-XX-5803<br><br>SS # | Case No.: 15-15565<br><br>Judge: Christine M. Gravelle |

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES
The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**

**DATED: April 17, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**
Debtor: Markota, Ante
Case No.: 15-15565-CMG
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

  Upon consideration of the foregoing application for compensation and after notice as prescribed by bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $6,268.04 is reasonable compensation for the services in this case by John Michael McDonnell, trustee; that such sum does not exceed the limitations prescribed by section 326 of the Bankruptcy Code, that $99.50 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.