**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

In re: Markota, Ante       §    Case No. 15-15565-CMG
                           §
                           §
                           §
       Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

     John M. McDonnell, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $226,822.00 *(without deducting any secured claims)* | Assets Exempt: $15,975.00 |
| Total Distributions to Claimants: $2,685.34 | Claims Discharged Without Payment: $1,076,039.51 |
| Total Expenses of Administration: $57,675.45 | |

     3) Total gross receipts of $60,360.79 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $60,360.79 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $175,000.00 | $24,736.80 | $24,736.80 | $2,685.34 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $100,089.20 | $57,675.45 | $57,675.45 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $596,450.00 | $229,947.00 | $229,947.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $136,700.00 | $1,044,038.34 | $939,339.51 | $0.00 |
| **TOTAL DISBURSEMENTS** | $908,150.00 | $1,398,811.34 | $1,251,698.76 | $60,360.79 |

4) This case was originally filed under chapter 7 on 03/30/2015. The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/09/2018         By: /s/ John M McDonnell
                                                    Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent Transfer (Michelle Markota Cialone/Ante Realty LLC) | 1241-000 | $58,035.30 |
| Tax Refund | 1224-000 | $2,325.49 |
| **TOTAL GROSS RECEIPTS** | | **$60,360.79** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Internal Revenue Service | 4300-000 | NA | $19,862.20 | $19,862.20 | $2,156.17 |
| 12S | Division of Taxation | 4300-000 | NA | $4,874.60 | $4,874.60 | $529.17 |
| N/F | PNC Bank National Association | 4110-000 | $175,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$175,000.00** | **$24,736.80** | **$24,736.80** | **$2,685.34** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - John Michael McDonnell | 2100-000 | NA | $6,268.04 | $6,268.04 | $6,268.04 |
| Trustee, Expenses - John Michael McDonnell | 2200-000 | NA | $99.50 | $99.50 | $99.50 |
| Attorney for Trustee Fees - McDonnell Crowley LLC | 3110-000 | NA | $52,147.00 | $26,073.00 | $26,073.00 |
| Attorney for Trustee, Expenses - McDonnell Crowley LLC | 3120-000 | NA | $751.39 | $751.39 | $751.39 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Bond Payments - International Sureties, LLTD | 2300-000 | NA | $6.41 | $6.41 | $6.41 |
| Costs to Secure/Maintain Property ( insurance, locks, etc.) - Wells Fargo | 2420-000 | NA | $116.00 | $116.00 | $116.00 |
| Costs to Secure/Maintain Property ( insurance, locks, etc.) - Veritext | 2420-000 | NA | $955.15 | $955.15 | $955.15 |
| Costs to Secure/Maintain Property ( insurance, locks, etc.) - Guaranteed Subpoena Service, Inc. | 2420-000 | NA | $59.95 | $59.95 | $59.95 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - Michelle Cialone | 2500-000 | NA | $5,803.53 | $5,803.53 | $5,803.53 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - Trident Abstract Title Agency | 2500-000 | NA | $130.00 | $130.00 | $130.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $392.18 | $392.18 | $392.18 |
| Banking and Technology Service Fee - Signature Bank | 2600-000 | NA | $0.22 | $0.22 | $0.22 |
| Accountant for Trustee Fees (Other Firm) - Bederson and Company, LLP | 3410-000 | NA | $32,339.75 | $16,000.00 | $16,000.00 |
| Accountant for Trustee Expenses (Other Firm) - Bederson and Company, LLP | 3420-000 | NA | $605.88 | $605.88 | $605.88 |
| Realtor for Trustee Fees (Real Estate Commissions) - Coldwell Banker Residential | 3510-000 | NA | $0.00 | $0.00 | $0.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - Keller Williams Towne Square Realty | 3510-000 | NA | $0.00 | $0.00 | $0.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - Bialostocka Gielda Nieruchomosei | 3510-000 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Realtor for Trustee Fees (Real Estate Commissions) - Vernon Realty | 3510-000 | NA | $0.00 | $0.00 | $0.00 |
| Private Investigator for Trustee Fees - DLG Investigators | 3991-540 | NA | $64.20 | $64.20 | $64.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$100,089.20** | **$57,675.45** | **$57,675.45** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | NA | $229,030.80 | $229,030.80 | $0.00 |
| 12P | Division of Taxation | 5800-000 | NA | $916.20 | $916.20 | $0.00 |
| N/F | summary | 5800-000 | $596,450.00 | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$596,450.00** | **$229,947.00** | **$229,947.00** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | NA | $11,890.30 | $11,890.30 | $0.00 |
| 2 | Ruderman & Glickman, P.C. | 7100-000 | NA | $27,314.00 | $27,314.00 | $0.00 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | NA | $3,425.70 | $3,425.70 | $0.00 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | NA | $2,774.43 | $2,774.43 | $0.00 |
| 5 | CAN Capital Asset Servicing Inc. | 7100-000 | NA | $11,863.18 | $11,863.18 | $0.00 |
| 6 | Bohdan Bandrivsky | 7100-000 | NA | $36,698.83 | $0.00 | $0.00 |
| 7 | Myron Volosetskyy | 7100-000 | NA | $13,000.00 | $0.00 | $0.00 |
| 8 | Myrola Volosetskyy | 7100-000 | NA | $16,000.00 | $0.00 | $0.00 |
| 9-2 | Vasyl Volosetskyy | 7100-000 | NA | $39,000.00 | $0.00 | $0.00 |
| 10 | Stalco Construction, Inc., Kevin Harney Alan Nahmias and Joseph Serpe | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 11 | Oleg Solouk, Olexiy Solouk, Orest Yakymiv, Vyacheslav, Mykolavich Zinchenko, Luke Koch, Eric Larse | 7200-000 | NA | $879,057.23 | $879,057.23 | $0.00 |
| 12U | Division of Taxation | 7100-000 | NA | $3,014.67 | $3,014.67 | $0.00 |
| N/F | summary | 7100-000 | $136,700.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$136,700.00** | **$1,044,038.34** | **$939,339.51** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 15-15565-CMG | Trustee Name: | (500730) John M. McDonnell |
|---|---|---|---|
| Case Name: | Markota, Ante | Date Filed (f) or Converted (c): | 03/30/2015 (f) |
| | | § 341(a) Meeting Date: | 04/29/2015 |
| For Period Ending: | 05/09/2018 | Claims Bar Date: | 06/30/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Property (811 Rugby Road, Phillipsburg, NJ)<br>* 811 Rugby Road, Phillipsburg, NJ<br>* Notice of Abandonment was filed on 5/7/15. (See Docket No. 27).<br>* Certification of No Objection was filed on 5/22/15. (See Docket No. 35). | 175,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Real Property (25 acres vacant land, St. Johns A<br>* 25 acres vacant land, St. Johns Arizona<br>* Notice of Abandonment was filed on 5/7/15. (See Docket No. 27).<br>* Certification of No Objection was filed on 5/22/15. (See Docket No. 35). | 18,572.00 | 0.00 | OA | 0.00 | FA |
| 3 | Cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Financial accounts<br>* checking account PNC Bank | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Household goods and furnishings<br>* used furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Death benefit plan, life insurance, or trust<br>* term life insurance | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Stock and interests in businesses<br>* European Copper Specialists, Inc.<br>* Company filed for Chapter 7 protection (15-15570 CMG). | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Stock and interests in businesses<br>* US Enterpirse, LLC and US Investment<br>* Companies doing business in Poland | Unknown | 0.00 | | 0.00 | FA |
| 10 | Autos, trucks, trailers, other vehicles, access.<br>* 1982 VW Rabbit | 100.00 | 0.00 | | 0.00 | FA |
| 11 | Tax Refund (u)<br>* Unscheduled tax return refund | 2,325.49 | 2,325.49 | | 2,325.49 | FA |
| 12 | Real Property (240 acres vacant land, St. Johns, Az) (u)<br>* 240 acres vacant land, St. Johns, Arizona<br>* Added by Amended Schedule "A", which was filed on 9/30/15. (See Docket No. 63).<br>* Notice of Proposed Abandonment was filed on 12/8/17. (See Docket No. 113).<br>* Certification of No Objection was filed on 1/3/18. (See Docket No. 117). | 30,000.00 | 30,000.00 | OA | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| Case No.: | 15-15565-CMG | Trustee Name: | (500730) John M. McDonnell |
|---|---|---|---|
| Case Name: | Markota, Ante | Date Filed (f) or Converted (c): | 03/30/2015 (f) |
| | | § 341(a) Meeting Date: | 04/29/2015 |
| For Period Ending: | 05/09/2018 | Claims Bar Date: | 06/30/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | Fraudulent Transfer (Michelle Markota Cialone/Ante Realty LLC) (u)<br>* Fraudulent transfer demand against Michelle Markota Cialone/Ante Realty LLC.<br>* Motion to Approve Compromise under Rule 9019 was filed on 3/31/16. (See Docket No. 75).<br>* Notice of Proposed Settlement was filed on 3/31/16. (See Docket No. 76).<br>* Certification of No Objection was filed on 4/27/16. (See Docket No. 87).<br>* Stipulation and Consent Order was filed on 5/3/16. (See Docket No. 88).<br>* PROPOSED BUYER FAILED TO CLOSE IN ABOVE MATTER.<br>* Notice of Proposed Private Sale was filed on 12/12/16. (See Docket No. 96).<br>* Motion to Sell Property was filed on 12/12/16. (See Docket No. 97).<br>* Certification of No Objection to Private Sale was file don 1/5/17. (See Docket No. 100).<br>* Order Approving Sale was filed on 1/11/17. (See Docket No. 101).<br>* PROPOSED BUYER FAILED TO CLOSE IN ABOVE MATTER.<br>* Motion to Sell Property was filed on 10/13/17. (See Docket No. 107).<br>* Notice of Proposed Private Sale was filed on 12/12/16. (See Docket No. 108).<br>* Certification of No Objection was filed on 11/9/17. (See Docket No. 110).<br>* Order Approving Sale was filed on 11/16/17. (See Docket No. 111). | 125,000.00 | 125,000.00 | | 58,035.30 | FA |
| 13 | **Assets Totals (Excluding unknown values)** | **$354,147.49** | **$157,325.49** | | **$60,360.79** | **$0.00** |

**Major Activities Affecting Case Closing:**

* The submitted Trustee's Final Report ("TFR") to the United States Trustee's Office ("UST") was reviewed and approved.
* An "Amended" Proposed Distribution Sheet (Exhibit "D" of the TFR) was submitted to William Ziemer, UST, and subsequently approved.
* The Trustee has submitted the Trustee's Distribution Report ("TDR") was submitted to the United States Trustee's Office for review and approval.

**Initial Projected Date Of Final Report (TFR):**  04/12/2016          **Current Projected Date Of Final Report (TFR):**  02/21/2018 (Actual)

**Form 2**

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 15-15565-CMG | Trustee Name: | John M. McDonnell (500730) |
|---|---|---|---|
| Case Name: | Markota, Ante | Bank Name: | Signature Bank |
| Taxpayer ID #: | **-***6354 | Account #: | ******3409 Checking |
| For Period Ending: | 05/09/2018 | Blanket Bond (per case limit): | $36,589,161.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/26/15 | {11} | PNC (Cashier's Check) | Tax return refund. See Form 1, Asset No. 11. | 1224-000 | 2,325.49 | | 2,325.49 |
| 05/29/15 | | Rabobank, NA | Transferring funds to Rabobank | 9999-000 | | 2,325.27 | 0.22 |
| 05/29/15 | | Signature Bank | Bank and Tech Service Fee | 2600-000 | | 0.22 | 0.00 |

| | | | **COLUMN TOTALS** | | 2,325.49 | 2,325.49 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 2,325.49 | |
| | | | **Subtotal** | | 2,325.49 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $2,325.49 | $0.00 | |

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

**Form 2**

Exhibit 9
Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-15565-CMG | Trustee Name: | John M. McDonnell (500730) |
|---|---|---|---|
| Case Name: | Markota, Ante | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6354 | Account #: | ******5366 Checking Account |
| For Period Ending: | 05/09/2018 | Blanket Bond (per case limit): | $36,589,161.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/29/15 | | Rabobank, N.A. | Transfer from Signature Bank | 9999-000 | 2,325.27 | | 2,325.27 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,315.27 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,305.27 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,295.27 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,285.27 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,275.27 |
| 11/09/15 | 101 | Wells Fargo | * Invoice No. 195779<br>* Bank Reference No. 13467821<br>* Document demand/reproduction charge | 2420-000 | | 73.00 | 2,202.27 |
| 11/11/15 | 102 | Veritext | * Invoice No. NJ2451117<br>* Veritext Job No. 2144666 | 2420-000 | | 955.15 | 1,247.12 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,237.12 |
| 12/28/15 | 103 | United States Bankruptcy Court Clerk | Filing Fee - Adv. Pro. No. 15-2519 (CMG) | 2700-000 | | 350.00 | 887.12 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 877.12 |
| 01/07/16 | 104 | International Sureties, LLTD | Bond Premium for 2016 (Bond # 016026385) | 2300-000 | | 0.83 | 876.29 |
| 01/13/16 | 105 | Guaranteed Subpoena Service, Inc. | * Invoice **********4402<br>* Service on debtor ref. Objection to Discharge Complaint<br>* McDonnell v. Markota<br>* Adv. Proc. No. 15-02519 | 2420-000 | | 59.95 | 816.34 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 806.34 |
| 02/03/16 | 106 | Trident Abstract Title Agency | * Fine No. S-41614<br>* Title search - 38 Sliker Road, Lebanon Township, NJ | 2500-000 | | 130.00 | 676.34 |
| 02/10/16 | 107 | DLG Investigators | * Invoice #1945<br>* Background work on Ante Realty, LLC | 3991-540 | | 64.20 | 612.14 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 602.14 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 592.14 |
| 04/23/16 | 108 | Wells Fargo | * Invoice No. 207092<br>* Bank Reference No. 14939796<br>* Document reproduction charge | 2420-000 | | 43.00 | 549.14 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 539.14 |

Page Subtotals: $2,325.27  $1,786.13

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                ! - transaction has not been cleared

Form 2

Exhibit 9
Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 15-15565-CMG | Trustee Name: | John M. McDonnell (500730) |
|---|---|---|---|
| Case Name: | Markota, Ante | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6354 | Account #: | ******5366 Checking Account |
| For Period Ending: | 05/09/2018 | Blanket Bond (per case limit): | $36,589,161.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 529.14 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 519.14 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 509.14 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 499.14 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 489.14 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 479.14 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 469.14 |
| 12/29/16 | 109 | International Sureties, LLTD | Chapter 7 Blanket Bond Premium (Bond # 016026385) | 2300-000 | | 3.41 | 465.73 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 455.73 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 445.73 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 435.73 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 425.73 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 415.73 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 405.73 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 395.73 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 385.73 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 375.73 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 365.73 |
| 10/11/17 | {13} | Affinity Federal Credit Union | * Earnest deposit for sale of property. (See Form 1, Asset No. 13). | 1241-000 | 5,000.00 | | 5,365.73 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,355.73 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,345.73 |
| 12/29/17 | {13} | Title Lines, LLC | Net funds re: Sale of 38 Sliker Road | 1241-000 | 53,035.30 | | 58,381.03 |
| | | | **Page Subtotals:** | | **$58,035.30** | **$193.41** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                                                                  ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 15-15565-CMG | Trustee Name: | John M. McDonnell (500730) |
|---|---|---|---|
| Case Name: | Markota, Ante | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6354 | Account #: | ******5366 Checking Account |
| For Period Ending: | 05/09/2018 | Blanket Bond (per case limit): | $36,589,161.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 58,371.03 |
| 01/05/18 | 110 | International Sureties, LLTD | Bond No. 016026385 | 2300-000 | | 2.17 | 58,368.86 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 82.18 | 58,286.68 |
| 04/20/18 | 111 | Michelle Cialone | Distribution payment - Dividend paid at 100.00% of $5,803.53; Claim # Admin 16; Filed: $5,803.53 | 2500-000 | | 5,803.53 | 52,483.15 |
| 04/20/18 | 112 | Bederson and Company, LLP | Distribution payment - Dividend paid at 100.00% of $16,000.00; Claim # Admin-1; Filed: $32,339.75 | 3410-000 | | 16,000.00 | 36,483.15 |
| 04/20/18 | 113 | McDonnell Crowley LLC | Distribution payment - Dividend paid at 100.00% of $751.39; Claim # Admin-15; Filed: $751.39 | 3120-000 | | 751.39 | 35,731.76 |
| 04/20/18 | 114 | Bederson and Company, LLP | Distribution payment - Dividend paid at 100.00% of $605.88; Claim # Admin-2; Filed: $605.88 | 3420-000 | | 605.88 | 35,125.88 |
| 04/20/18 | 115 | McDonnell Crowley LLC | Distribution payment - Dividend paid at 100.00% of $26,073.00; Claim # Admin-3; Filed: $52,147.00 | 3110-000 | | 26,073.00 | 9,052.88 |
| 04/20/18 | 116 | John Michael McDonnell | Combined trustee compensation & expense dividend payments. | 2100-000 | | 6,268.04 | 2,784.84 |
| 04/20/18 | 117 | John Michael McDonnell | Distribution payment - Dividend paid at 100.00% of $99.50; Claim # TE; Filed: $99.50 | 2200-000 | | 99.50 | 2,685.34 |
| 04/20/18 | 118 | Internal Revenue Service | Distribution payment - Dividend paid at 10.86% of $19,862.20; Claim # 1S; Filed: $19,862.20 | 4300-000 | | 2,156.17 | 529.17 |
| 04/20/18 | 119 | Division of Taxation | Distribution payment - Dividend paid at 10.86% of $4,874.60; Claim # 12S; Filed: $4,874.60 | 4300-000 | | 529.17 | 0.00 |
| | | **COLUMN TOTALS** | | | 60,360.57 | 60,360.57 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 2,325.27 | 0.00 | |
| | | **Subtotal** | | | 58,035.30 | 60,360.57 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$58,035.30** | **$60,360.57** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 5

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-15565-CMG | **Trustee Name:** | John M. McDonnell (500730) |
| **Case Name:** | Markota, Ante | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***6354 | **Account #:** | ******5366 Checking Account |
| **For Period Ending:** | 05/09/2018 | **Blanket Bond (per case limit):** | $36,589,161.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $60,360.79 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $60,360.79 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3409 Checking | $2,325.49 | $0.00 | $0.00 |
| ******5366 Checking Account | $58,035.30 | $60,360.57 | $0.00 |
| | **$60,360.79** | **$60,360.57** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)