Bruce W. Radowitz, Esq
636 Chestnut Street
Union, New Jersey 07083
(908) 687-2333
BRUCE W. RADOWITZ, ESQ.
Attorney for Debtor(s)

|  |  |
|---|---|
| In the matter of<br><br>ANTE MARKOTA<br>Debtor | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No: 15-15565/CMG<br><br>CHAPTER 7 |

**NOTICE OF MOTION FOR AN ORDER REOPENING CASE
TO FILE THE FINANCIAL MANAGEMENT CERTIFICATE**

DEAR COUNSEL:

**PLEASE TAKE NOTICE** that on                or as soon thereafter as counsel may be

heard, the undersigned, attorneys for the Debtor herein, shall move before the Honorable

Christine M. Gravelle, United States Bankruptcy Judge, United States Bankruptcy Court, for the

District of New Jersey, Martin Luther King Jr., 50 Walnut Street, Newark New Jersey for an

Order Reopening Case to file the Financial Management Certificate.

**PLEASE TAKE FURTHER NOTICE** that the undersigned relies upon the within

application and order.

**PLEASE TAKE FURTHER NOTICE** that the within matter does not involve any

complex issues of law and therefore no brief is necessary.

Respectfully submitted,                              **Bruce W. Radowtiz, Esq**

                                                     Attorneys for the Debtors

                                                      /s/  **Bruce W. Radowitz**

Dated:                              by:    _____

                                                     BRUCE W. RADOWITZ,  ESQ.