Bruce W. Radowtiz, Esq
636 Chestnut Street
Union, New Jersey 07083
(908) 687-2333
BRUCE W. RADOWITZ, ESQ.
Attorney for Debtor(s)

|  |  |
|---|---|
| In the matter of<br><br>ANTE MARKTO<br><br>Debtor | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No:  15-15565<br>CHAPTER 7 |

# APPLICATION FOR ORDER TO REOPEN CASE
## FOR THE PURPOSE OF FILING THE FINANCIAL MANAGEMENT CERTIFICATE

To:   CHRISTINE M. GRAVELLE
       United States Bankruptcy Judge

   Your applicant(s), Ante Markota, Debtor(s) herein, by and through his attorney, Bruce W. Radowitz, respectfully represent:

1. Debtor, Ante Markota filed the within Bankruptcy Petition on March 30, 2015 under Chapter 7 of the United States Bankruptcy Code.

2. The case was closed without a Discharge for failure to file a Financial Management Certificate along with the B23 form.

3. Debtor has obtained the Financial Management Certificate. The Financial Management Certificate along with the B23 form are both being filed.

   WHEREFORE, it is respectfully requested that the Court signs an Order Reopening this case for the purpose of filing the Financial Management Certificate.

                                    Respectfully submitted,

                                    **Bruce W. Radowtiz, Esq**
                                    Attorneys for the Debtors

                                     /s/  **Bruce W. Radowitz**
Dated:                   by:  _____
                                    BRUCE W. RADOWITZ, ESQ