<u>THIS FORM MAY BE USED BY CERTIFIED CM/ECF PARTICIPANTS ONLY</u> AND MAY BE E:MAILED TO THE APPROPRIATE JUDGE'S E:MAILBOX. PLEASE USE THIS FORM TO REPORT A STATUS CHANGE FOR A MATTER LISTED ON THE COURT'S CALENDAR. THIS FORM MAY ALSO BE USED TO *REQUEST* AN ADJOURNMENT OF A MATTER LISTED ON THE CALENDAR. REQUESTS FOR ADJOURNMENTS WILL BE ACKNOWLEDGED BY RETURN E:MAIL WITH AN INDICATION ON PAGE 2 OF THIS FORM THAT THE REQUEST IS EITHER DENIED OR GRANTED. PLEASE E:MAIL THE COMPLETED FORM TO THE APPROPRIATE ADDRESS.

## ADJOURNMENT REQUEST/CALENDAR STATUS CHANGE FORM

**FOR THE HONORABLE** CHRISTINE M. GRAVELLE

❏ SETTLEMENT    ☑ WITHDRAWAL    ❏ ADJOURNMENT REQUEST

CASE #: 15-15565                    ADV. #:

CASE NAME: ANTE MARKOTA

PROCEEDING:
MOTION TO REOPEN CASE DOCKET NO: 154

HEARING DATE & TIME: 8/28/2018 at 10:00 AM

REASON FOR ADJOURNMENT REQUEST:

ALL PARTIES ADVISED AND CONSENT?    ❏ YES    ❏ NO (w/reason)

SUBMITTED BY: /S/ BRUCE W. RADOWITZ

REPRESENTING: DEBTOR

## FOR COURT USE ONLY

❏ ADJOURNMENT REQUEST DENIED.  PLEASE APPEAR ON THE SCHEDULED DATE AND TIME.

❏ ADJOURNMENT REQUEST GRANTED.  PLEASE NOTIFY ALL PARTIES OF THE NEW DATE AND TIME:_____.

❏ ADDITIONAL COMMENTS: